IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KIVETT, | : | |
| | : | Case No. 2:20-00664-JDW |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NEOLPHARMA, INC., *et al.*, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

# ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of Defendants' Motion to Seal (ECF No. 34), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

The Clerk of the Court is directed to remove the seal from Exhibits E, G, and H (ECF No. 35) and have Exhibits E, G, and H replace the placeholders at ECF Nos. 33-9, 33-11 and 33-12 within Defendants' Motion for Summary Judgment (ECF No. 33).

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge