# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KIVETT, | : | |
| | : | Case No. 2:20-cv-00664-JDW |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NEOLPHARMA, INC., *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 21st day of April, 2021, upon consideration of Defendants' Motion to Seal (ECF No. 38), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge