IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID KIVETT,**<br><br>*Plaintiff*<br><br>v.<br><br>**NEOLPHARMA, INC.; CEDIPROF, INC.; and NEOLPHARMA INTERNATIONAL, S.A. DE C.V.,**<br><br>*Defendants.* | Case No. 2:20-cv-00664-JDW |

## ORDER

**AND NOW**, this 21st day of April, 2022, for the reasons given in the accompanying Findings of Fact And Conclusions of Law, it is **ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Defendants Neolpharma International and Cediprof and against Plaintiff David Kivett; and

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff David Kivett and against Defendant Neolpharma, Inc., in the amount of $469,822.41.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.